JAMES PAUL WARNER, TDCJ#1463447
@HUGHES UNIT
RT 2 BOX 4400
GATESVILLE, TEXAS 76597

83,147-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
ATTN: ABEL ACOSTA, CLERK
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RE:WR-83,147-01

06-02-2015

MR. ACOSTA

ON 06-02-2015, I RECEIVED A NOTICE THAT THE COURT HAS DENIED
MY WRIT OF HABEAS CORPUS WITHOUT A WRITTEN ORDER. IS THERE A
PROCEEDURE FOR RECEIVING THE REASONS THAT THE COURT DEEMED IT
NECESSARY TO DENY THAT SAID WRIT?

IF THERE IS A COST INCURRED IN THIS REQUEST PLEASE ADVISE ME
OF THAT, AND THE FEE SCHEDULE.

IF IT WAS A PROCEDURAL EW ERROR, PLEASE ADVISE ME ACCORDINGLY.

THANK YOU.

RESPECTFULLY,

JAMES PAUL WARNER,        James Paul Warner

cc:file